**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6343**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

TERRY DENNARD MCNEAIR,

              Defendant - Appellant.

Appeal from the United States District Court for the Middle
District of North Carolina, at Salisbury.  James A. Beaty, Jr.,
Chief District Judge.  (4:96-cr-00070-WO-2)

Submitted:  July 28, 2011          Decided:  August 2, 2011

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terry Dennard McNeair, Appellant Pro Se.   Robert Michael
Hamilton, Assistant United States Attorney, Greensboro, North
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Dennard McNeair appeals the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. McNeair, No. 4:96-cr-00070-WO-2 (M.D.N.C. Feb. 23, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED